NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRNETX INC.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2017-1131, 2017-1132, 2017-1186, 2017-1274, 2017-1275, 2017-1276, 2017-1291

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00810, IPR2015-00811, IPR2015-00812, IPR2015-00866, IPR2015-00868, IPR2015-00870, IPR2015-00871.

---

## JUDGMENT

---

IGOR VICTOR TIMOFEYEV, Paul Hastings LLP, Washington, DC, argued for appellant. Also represented by NAVEEN MODI, JOSEPH PALYS, DANIEL ZEILBERGER.

JOHN C. O'QUINN, Kirkland & Ellis LLP, Washington, DC, argued for appellee. Also represented by NATHAN S.

MAMMEN; SCOTT BORDER, JEFFREY PAUL KUSHAN, Sidley Austin LLP, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, MAYER, and LOURIE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  March 16, 2018       /s/ Peter R. Marksteiner
      Date          Peter R. Marksteiner
                 Clerk of Court